[No. 15379-3-II.   Division Two.   July 9, 1993.]

JON THOMPSON, *as Personal Representative*, ET AL, *Respondents*, v. JOHN S. PIACITELLI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-05231-9, Thomas R. Sauriol, J., entered

October 10, 1991. *Affirmed* by unpublished opinion per Cone, J. Pro Tem., concurred in by Morgan, J., and Doran, J. Pro Tem.